FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8524

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Jesus Manuel BOTELLO-Ramos (1),<br>Maribel MEJIA (2),<br>Defendants. | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about June 9, 2008 within the Southern District of California, defendants Jesus Manuel BOTELLO-Ramos and Maribel MEJIA, did knowingly and intentionally import approximately 10.94 kilograms (24.06 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10th DAY OF JUNE 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus Manuel BOTELLO-Ramos
Maribel MEJIA

STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Enrique Torregrosa.

On June 9, 2008, at approximately 2015 hours, Jesus Manuel BOTELLO-Ramos entered the United States from the Republic of Mexico via the Calexico, California East Port of Entry. BOTELLO made entry driving a 2003 Chevrolet Impala bearing no plates and VIN number 2G1WF55E239256752. BOTELLO was the driver and registered of the vehicle. BOTELLO was accompanied by his wife, Maribel MEJIA, and their minor daughter.

At primary inspection, BOTELLO gave a negative oral Customs declaration to Customs and Border Protection Officer (CBPO) Nevarez. CBPO Nevarez asked BOTELLO where he was going. BOTELLO stated he was going home to Imperial, California. CBPO Nevarez asked about the vehicle BOTELLO was driving. BOTELLO stated that he owned the vehicle for about eight months. CBPO Nevarez conducted a cursory primary inspection of the vehicle and noticed a strong odor of air freshener emanating as she opened the trunk. CBPO Nevarez referred BOTELLO, his passengers, and the vehicle to the Vehicle Secondary Lot for further inspection.

At the secondary area, CBPO C. Martinez obtained a negative customs declaration from BOTELLO and asked him about his trip to Mexico. BOTELLO stated they had been in Mexicali for about three hours visiting the little girl's grandmother.

CBPO Martinez noticed that the gas tank of the vehicle sounded solid when tapped and requested CBP Canine Enforcement Officer (CEO) Ragsdale to screen the vehicle utilizing his Human/Narcotic Detector Dog (HNDD). CEO Ragsdale screened the vehicle with his assigned HNDD. CEO Ragsdale noticed the HNDD alerted to the vehicle's rear area.

A subsequent search of the vehicle by CBPO Martinez revealed fourteen packages with a combined weight of 10.94 kilograms (24.06 pounds) of methamphetamine, concealed within the gas tank of the vehicle. CBPO Martinez probed one package, producing a crystal crunchy like substance, which field-tested positive for methamphetamine.

BOTELLO and MEJIA were arrested for importation of methamphetamine into the United States. BOTELLO and MEJIA were advised of their rights, per Miranda.

MEJIA acknowledged and waived her rights agreeing to answer questions without the presence of an attorney. MEJIA denied any knowledge of the methamphetamine in the vehicle. MEJIA stated they went to Mexicali to visit her sick grandfather. MEJIA stated that BOTELLO left her at her grandfather's residence while he went to get the vehicle washed.

BOTELLO and MEJIA were processed and transported to Imperial County Jail to await their initial appearance before a U.S. Magistrate Judge.